AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Black Samsung Cell Phone IMEI #<br>354142110521996 | )<br>)<br>)  Case No. 20-MJ-370-JFJ<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____Oklahoma____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____11-3-20____
                                                                                                          *(not to exceed 14 days)*

☑ in the daytime   6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ____Jodi F. Jayne____ .
                                               *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for ____ days *(not to exceed 30)*.
                                                                                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 10-20-20, 10:05 AM                   *(Judge's signature)*

City and state:  Tulsa, Oklahoma                                 U.S. Magistrate Judge Jodi F. Jayne
                                                                                                *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

Case No.: 20-MJ-370-JFJ

Date and time warrant executed: 10/20/2020   3:00 PM

Copy of warrant and inventory left with: THE PHONE IN PROPERTY

Inventory made in the presence of: TULSA POLICE OFFICERS BRIAN BOOTH AND KEITH OSTERDYK

Inventory of the property taken and name of any person(s) seized:

PHONE DATA RECOVERED

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/20/2020

_Executing officer's signature_

WILLIAM MACKENZIE   DEA/TFO
_Printed name and title_

RMR/tc

## ATTACHMENT A

1. Black Samsung Cell Phone IMEI # 354142110521996
2. Blue ZTE Cell Phone IMEI # 866728045898532




## ATTACHMENT B

1.   All records on the Devices described in Attachment A that relate to violations of Title 21, United States Code, Section 846 (Conspiracy) and Title 21, United States Code, Section 841(a)(1) (Possession with intent to distribute and distribution of Methamphetamine).

   a.   records relating to communication with others as to the criminal offense above; including incoming and outgoing voice messages; text messages; multimedia messages; applications that serve to allow parties to communicate; all call logs; secondary phone number accounts, including those derived from Skype, Line 2, Google Voice, and other applications that can assign roaming phone numbers; and other Internet-based communication media;

   b.   records relating to documentation or memorialization of the criminal offense above, including voice memos, photographs, videos, and other audio and video media, and all ExIF information and metadata attached thereto including device information, geotagging information, and information of the relevant dates to the media;

   c.   records relating to the planning and execution of the criminal offense above, including Internet activity, including firewall logs, caches, browser history, and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, records of user-typed web addresses, account information, settings, and saved usage information;

   d.   application data relating to the criminal offense above;

   e.   lists of customers and related identifying information;

   f.   types, amounts, and prices of drug trafficked as well as dates, places, and amounts of specific transactions; and

   g.   any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

2.   Evidence of user attribution showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phone books, saved usernames and passwords, documents, and browsing history;

3.   All records and information related to the geolocation of the devices at a specific point in time;

4.  All records and information related to the coordination, agreement, collaboration, and concerted effort of and with others to violate the statutes listed in Paragraph 1 of this Attachment.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.